

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CASE NO. 1:06-CR-125(9) |
| | § | |
| ANTHONY JERMON LEE | § | |

## MEMORANDUM ORDER ADOPTING
## RECOMMENDATION ON MOTION TO SUPPRESS

Pending before the Court is Defendant Anthony Jermon Lee's *Motion to Suppress Physical Evidence* [Clerk's doc. #229]. The Court referred the motion to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for hearing and submission of a recommended disposition pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules for the United States District Court for the Eastern District of Texas.

Having conducted the proceedings in the form and manner prescribed by the Federal Rules of Criminal Procedure, the Magistrate Judge issued his *Findings of Fact and Recommendation on Motion to Suppress* [Clerk's doc. #268]. Judge Giblin recommended that the Court deny the Defendant's *Motion to Suppress*.

The parties have not filed objections to Judge Giblin's findings and recommendation in accordance with 28 U.S.C. § 636(b)(1). After review, the Court concludes that the findings and recommendation should be accepted.

Accordingly, the Magistrate Judge's *Findings of Fact and Recommendation on Motion to Suppress* [Clerk's doc. #268] is **ADOPTED** by the Court. The Court accordingly adopts the factual findings and legal conclusions of the magistrate in support of this order. The Court **ORDERS** that Defendant's *Motion to Suppress Physical Evidence* [Clerk's doc. #229] is **DENIED**.

**SIGNED** this the 29 day of **May, 2007.**

Thad Heartfield
United States District Judge